## DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
JAMES I. WASSERMAN
MICHAEL MINNEFOR


MEMO ENDORSED

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

July 9, 2014

<u>By ECF Filing</u>
Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/14

Re: <u>United States v. Norman Darby, 13 Cr. 890 (RPP)</u>

Dear Judge Patterson:

      I was appointed to represent Norman Darby in this matter. I write to request that the date for defense motions, government response and defense reply each be extended for one week. Presently, the defense motions are due July 10, 2014, the Government's response is due July 24, 2014, the defense reply is due August 1, 2014 and oral argument is scheduled for August 6, 2014. We request that this motion schedule be extended as follows:

| | |
|---|---|
| Defense Motions Due | July 17, 2014 |
| Government Response Due | July 31, 2014 |
| Defense Reply Due | August 8, 2014 |
| Oral Argument | August 13, 2014 if that is convenient for the Court |
| Trial Date | September 3, 2014 would remain the same |

      The reason for this request is that AUSA Griswold forwarded to me last evening a plea offer for Mr. Darby. I expect that the matter will be resolved but I need time to review the written plea agreement with Mr. Darby. As motions are otherwise due tomorrow, the request is for a one-week extension of dates to allow time for me to review the written plea agreement with Mr. Darby. AUSA Griswold consents to this adjustment of the motion schedule as aforesaid.

Application Granted.
So Ordered
[signature]
USDJ 7-9-14

Hon. Robert P. Patterson, Jr.        -2-                                    July 9, 2014

                      Thank you for Your Honor's consideration of this request.

                                                  Respectfully submitted,

                                                  John F. Kaley

cc:    AUSA Amy Garzon
        AUSA Andrea Griswold
        Karen Charrington, Esq.
        (All via ECF filing and e-mail)