```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

UNITED STATES OF AMERICA

                             :    13 Cr. 890 (LAP)

        - v. -

                             :    <u>ORDER OF RESTITUTION</u>

NORMAN DARBY,
      a/k/a "Panama Black,"
      a/k/a "Black,"                :

                             :

             Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      WHEREAS, on or about November 13, 2013, NORMAN DARBY, a/k/a "Panama Black,"

a/k/a "Black," (the "defendant"), was charged in indictment 13 Cr. 890 (the "Indictment"), with,

among other things, conspiracy to commit sex trafficking of a minor victim from in or about

September 2010 up to and including in or about June 2012, in violation of Title 18, United States

Code, Section 1594(c) ("Count One");

      WHEREAS, on or about August 4, 2014, the defendant pled guilty to Count One of

the Indictment, pursuant to a plea agreement with the Government;

      WHEREAS, at a sentencing proceeding on June 30, 2015, the defendant was

sentenced and ordered to pay restitution in the amount of $6,500 to a victim of the sex trafficking

offense charged in Count One of the Indictment ("Victim-1"), whose identity and address are set

forth in the attached schedule, which is to be filed under seal to protect the privacy and safety of

Victim-1, $6,500 representing the full amount of the victim's losses, which includes the unlawful

proceeds to the defendant earned through the victimization of Victim-1;

      NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT,

pursuant to 18 U.S.C. § 1593, NORMAN DARBY, a/k/a "Panama Black," a/k/a "Black," (the

"defendant"), shall make restitution in the amount of $6,500 to the Clerk, U.S. District Court, for disbursement in the full amount to Victim-1, whose identity is set forth on the attached schedule, which shall be filed under seal.

IT IS FURTHER ORDERED that the defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Elfego Boyd, the defendant's co-defendant in this matter. The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the defendant and co-defendants in this matter.

IT IS FURTHER ORDERED that the defendant shall pay restitution while incarcerated in the amount of 15% of his earnings if engaged in non-UNICOR employment. However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward restitution, consistent with BOP regulations at 28 C.F.R. § 545.

IT IS FURTHER ORDERED that upon commencement of his supervised release, the defendant shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no event shall those payments be less than the greater of either $200 per month or 10 percent of the defendant's gross monthly income.

IT IS FURTHER ORDERED, consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

2

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victim of the offense in this case.

SO ORDERED:

Dated:        New York, New York
                   ~~June~~ July 1, 2015

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

3