# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
JOHN F. KALEY
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JAMES I. WASSERMAN
DAVID RIVERA
MICHAEL MINNEFOR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-20

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

February 7, 2020

**By ECF Filing**
Hon. Loretta A. Preska
United States District Judge
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Norman Darby, 13 Cr. 890 (RPP)

Dear Judge Preska:

I represent Norman Darby in the above-referenced matter. I am advised that there is a VOSR conference presently scheduled for Tuesday, February 11, 2020. I write with the consent of the Government to request that the matter be adjourned to April 1, 2020 at 10:00 a.m., which we understand is an available date and time on the Court's calendar.

The reason for this request is that on Monday, February 10, 2020, I will be engaged in a trial in *United States v. Isen*, 17 Cr. 372 before Judge Seybert in the Eastern District of New York. The jury has been advised that the trial could take between 6-8 weeks (although everyone is hopeful it will move more quickly). Adjourning the conference also will allow me time to address the issues presents with Mr. Darby.

Thank you for Your Honor's consideration of this request.

SO ORDERED.

*Loretta A. Preska*
2/7/20

Respectfully submitted,

John F. Kaley

cc: AUSA Andrea Griswold
    USPO Erin Weinrauch
    (via email)