UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v -

Norman Darby,

13 CR 890-02 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for April 1, 2020 is adjourned to June 1, 2020 at 10:30 a.m.

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 25, 2020
New York, New York