```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　- v -<br><br>Norman Darby, | 13 CR 890-02 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for June 1, 2020 is adjourned to July 28, 2020 at 10:30 a.m.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
Senior United States District Judge

Dated: June 1, 2020
New York, New York