UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     - v -

Norman Darby,

---

13 CR 890-02 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The conference scheduled for September 30, 2020 is adjourned to October 7, 2020 at 10:00 a.m. via telephone conference. The dial-in for the conference is (888) 363-4734, access code 4645450.

*[signature]*

LORETTA A. PRESKA
Senior United States District Judge

Dated: September 29, 2020
        New York, New York