UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  -against-<br><br>NORMAN DARBY,<br><br>    Defendant. | 13 Cr. 890 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  As reflected on the record of the conference held on November 24, 2020, Mr. Darby's term of supervised release is hereby terminated.

  SO ORDERED.

Dated: New York, New York
    November 24, 2020

              *Loretta A. Preska*
              LORETTA A. PRESKA
              Senior United States District Judge